O

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )
                                          )
12                   Plaintiff,           )      SA 08-683M
                                          )
13        v.                              )   ORDER OF DETENTION AFTER HEARING
                                          )        (18 U.S.C. § 3142(i))
14   MARCOS DEVORA CRUZ,                   )
                                          )
15                   Defendant.           )
     _____)
16

17                                        I.

18   A.  (  ) On motion of the Government involving an alleged

19        1.  (  )  crime of violence;

20        2.  (  )  offense with maximum sentence of life imprisonment or death;

21        3. (  )   narcotics or controlled substance offense with maximum sentence of ten or more years

22               (21 U.S.C. §§  801,/951, et. seq..,/955a);

23        4.  (  )  felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

25        1.  ( X )    serious risk defendant will flee;

26        2.  (  )  serious risk defendant will

27             a. (  )   obstruct or attempt to obstruct justice;

28             b. (  )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                                        Page 1 of 3

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  ( X )    appearance of defendant as required; and/or

B.  ( ) safety of any person or the community;

III.

The Court has considered:

A.  ( x ) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because:


B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**


C.  ( ) A serious risk exists that defendant will:

1. ( )   obstruct  or  attempt to  obstruct  justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:


D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: December 10, 2008

9

10                                            Marc L. Goldman
                                              U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                         - 3 -                              Page 3 of 3